UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SIEVE DATA INC.,

               *Plaintiff*,

v.

SAVANNAH TYNAN,

               *Defendant*.

Case No. _____

---

## [PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Upon the Verified Complaint of Plaintiff Sieve Data Inc. ("Sieve"), Plaintiff's Memorandum of Law in Support of Order to Show Cause for a Preliminary Injunction, the Declaration of Nicole Lu, dated March 13, 2026, and the accompanying exhibits thereto, it is hereby:

**ORDERED** that Defendant Savannah Tynan ("Defendant" or "Tynan") shall appear before this Court, at Room _____, United States District Court for the Eastern District of New York, located at 225 Cadman Plaza E, Brooklyn, NY 11201 on _____ , at _____ o'clock thereof, or as soon thereafter as counsel may be heard, to show cause why a preliminary injunction should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(i) compelling Defendant to return, and delete, any and all of Sieve's confidential information and trade secrets in Defendant's possession, control, or custody;

(ii) enjoining Defendant, during the pendency of this action from using, disclosing, or otherwise transmitting, any of Sieve's confidential information and trade secrets; and

(iii) requiring a forensic inspection, at Defendant's expense, of her personal electronic devices and storage accounts, include email and cloud storage accounts, to confirm whether

Defendants has transferred, disseminated, or otherwise disclosed Sieve's confidential information and trade secrets to any third party or improperly retained copies of the information; it is further

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the Defendant or her counsel on or before _____, 2026 by _____ o'clock, and that such service shall be deemed good and sufficient.

DATED: _____

SO ORDERED:

_____