# PECHMAN LAW GROUP PLLC
## LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

April 8, 2026

**VIA ECF**
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)
> Request for Extension of Time to Answer Complaint

Dear Judge Donnelly:

We represent Defendant Savannah Tynan in the above-captioned action. We write to respectfully request an extension of time to Answer Plaintiff's Complaint. This is Defendant's first request for an extension of time with respect to the April 14 deadline to Answer. Plaintiff objects to Defendant's request for an extension.

Good cause exists for the requested extension. Our firm was retained in this matter on March 26, 2026, and still requires additional time to review the pleadings and the record in order to prepare responses to the Complaint and to assert her counterclaims for unpaid wages. Moreover, I am the lead attorney for Defendant in this matter and will be out of the country on vacation from April 10 through April 17. Accordingly, Defendant respectfully requests that the Court extend Defendant's time to file her Answer sixteen (16) days, from April 14 to April 30, 2026. This brief extension will not prejudice Plaintiff or unduly delay these proceedings.

We thank the Court for its consideration of this request.

Respectfully submitted,

Louis Pechman

cc: All Counsel of Record (via ECF)