# PECHMAN LAW GROUP PLLC

## LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

April 21, 2026

**VIA ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)
    Request for Extension of Time to Answer Complaint

Dear Judge Donnelly:

We represent Defendant Savannah Tynan in the above-captioned action. We write to respectfully request that the Court reschedule the hearing on Plaintiff's motion for preliminary injunction, currently set for April 28, 2026 at 11:00 a.m. This is Defendant's first request to reschedule this hearing.

Good cause exists for the requested adjournment. I have a pre-scheduled medical appointment on April 28, 2026 that cannot be rescheduled and conflicts with the preliminary injunction hearing. Counsel is available on the mornings of April 29 and 30, and respectfully requests that the hearing be adjourned to one of those dates, or to a date and time convenient to the Court. We have conferred with counsel for Plaintiff, who consents to this request.

We thank the Court for its consideration.

Respectfully submitted,

Louis Pechman

cc: All Counsel of Record (via ECF)