# PECHMAN LAW GROUP PLLC
## LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

May 1, 2026

**VIA ECF**

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)
> Request for Adjournment of Settlement Conference

Dear Judge Marutollo:

We represent Defendant Savannah Tynan in the above-captioned action. We write to respectfully request that the Court reschedule the settlement conference with your Honor, currently set for May 19, 2026 at 2:00 p.m. This is Defendant's first request to reschedule this settlement conference.

Good cause exists for the requested adjournment. I will be out of state attending a conference on May 19. We have conferred with counsel for Plaintiff, who consents to this request. Counsel is available on May 27, 28, or 29, and respectfully requests that the hearing be adjourned to one of those dates, or to a date and time convenient to the Court.

We thank the Court for its consideration.

Respectfully submitted,

Miguel Tapia Colin

cc: All Counsel of Record (via ECF)