# HARRIS ST LAURENT

May 29, 2026

**VIA ECF**
Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)**

Dear Judge Marutollo:

We represent Plaintiff Sieve Data Inc. We submit this joint letter on behalf Sieve and Defendant Savannah Tynan regarding the status of the forensic inspection protocol and proposed inspection schedule, pursuant to your Honor's order, dated May 27, 2026.

The parties have substantially agreed upon the terms of a forensic protocol, pending a few outstanding items the parties are deliberating. At this time, the parties are not aware of any disputes requiring the Court's intervention and therefore do not identify any areas of disagreement regarding the protocol. Should a dispute arise, the parties will promptly notify the Court.

With respect to timing, the parties anticipate finalizing the forensic protocol in the next week, absent any dispute. The forensic inspection will commence within two calendar days after the parties' execution of the protocol. The duration of the inspection will depend on the volume of data subject to collection, review, and remediation.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Marilyn Yuan*

Marilyn Yuan

cc:     Counsel of Record via ECF