# PECHMAN LAW GROUP PLLC

### LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

June 4, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)

Dear Judge Marutollo:

We represent Defendant Savannah Tynan and submit this joint letter on behalf of Plaintiff Sieve Data Inc. and Ms. Tynan regarding the status of the forensic inspection protocol and proposed inspection schedule, pursuant to your Honor's order, dated May 29, 2026.

The parties anticipate finalizing the forensic protocol early next week. At this time, the Parties are not aware of any disputes regarding the protocol and expect to execute the protocol by mid-week and begin the forensic inspection by Friday, June 12.

We thank the Court for its attention to this matter.

Respectfully submitted,

Miguel Tapia Colin

cc: All Counsel of Record via ECF