## HARRIS ST LAURENT

June 11, 2026

**<u>VIA ECF</u>**
Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    ***Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)**

Dear Judge Marutollo:

      We represent Plaintiff Sieve Data Inc. We submit this joint letter on behalf Sieve and Defendant Savannah Tynan regarding the status of the forensic protocol and inspection pursuant to Your Honor's Order, dated June 4, 2026.

      The parties executed a forensic protocol this past Tuesday, and the forensic inspection has begun. The duration of the inspection will depend on the volume of data subject to collection, review, and remediation. The parties will advise the Court when the inspection is completed or should any unresolvable dispute arise concerning the inspection.

      We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        */s/ Marilyn Yuan*

                        Marilyn Yuan

cc:     Counsel of Record via ECF

MARILYN YUAN   myuan@hs-law.com   direct (646) 395-3484

hs-law.com   main (917) 512-9471 | fax (212) 202-6206 | 40 Wall Street, 53rd Floor, New York, NY 10005