# PECHMAN LAW GROUP PLLC

## LABOR & EMPLOYMENT ATTORNEYS

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

June 25, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)

Dear Judge Marutollo:

We represent Defendant Savannah Tynan and submit this joint letter on behalf of Plaintiff Sieve Data Inc. and Ms. Tynan regarding the status of the forensic inspection, pursuant to your Honor's June 11 Status Report Order.

The vendor has custody of Ms. Tynan's accounts and devices pursuant to the parties' forensic protocol, including a recently discovered email account belonging to Ms. Tynan. The forensic inspection is underway. The vendor will provide the Parties with forensic reports in approximately five business days, following which the Parties will need to conduct a review of the collection before the remediation of the accounts and devices. At this time, the Parties do not have any disputes regarding the forensic inspection.

We thank the Court for its attention to this matter.

Respectfully submitted,

Miguel Tapia Colin

cc: All Counsel of Record via ECF