HARRIS
ST LAURENT

August 13, 2026

**VIA ECF**
Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Sieve Data Inc. v. Savannah Tynan*, Case No. 1:26-cv-01510 (AMD) (JAM)**

Dear Judge Marutollo:

We represent Plaintiff Sieve Data Inc. We submit this joint letter on behalf Sieve and Defendant Savannah Tynan regarding the status of the forensic inspection pursuant to Your Honor's Order, dated July 29, 2026.

The forensic inspection is ongoing. On August 6, Tynan served an affidavit on Plaintiff addressing the issues raised on page 2 of the joint status letter, dated July 27, 2026 (Dkt No. 33). The parties have met and conferred and resolved their disagreement concerning the web history artifacts pertaining to Tynan's iPhone devices.

Prior to Tynan serving her affidavit on Plaintiff, the inspection revealed an additional account belonging Tynan. The forensic vendor is collecting that account for inspection and remediation. At this time, the parties do not have any disputes concerning the forensic inspection requiring the Court's intervention.

The parties will advise the Court when the inspection is completed or should any unresolvable dispute arise concerning the inspection.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Marilyn Yuan*

Marilyn Yuan

cc: Counsel of Record via ECF

MARILYN YUAN myuan@hs-law.com direct (646) 395-3484

hs-law.com main (917) 512-9471 | fax (212) 202-6206 | 40 Wall Street, 53rd Floor, New York, NY 10005